Motion to dismiss appeal of James C. Quinn, chairman and others, constituting the New York City Alcoholic Beverage Control Board, denied, with ten dollars costs.

Motion to dismiss appeal of Louis Fisher and another, interveners, granted and appeal dismissed, with costs and ten dollars costs of motion, unless said appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.

In the Matter of ACQUIRING TITLE TO PUBLIC PARK, and Opening and Extending Kissena Boulevard, etc., in the Borough of Queens.

FLUSHING NATIONAL BANK IN NEW YORK, Appellant; CITY OF NEW YORK et al., Respondents.

Argued March 2, 1937; decided March 23, 1937.

*Harold R. Zeamans, Benjamin Miller* and *Milton Haas* for appellant.

*Paul Windels, Corporation Counsel* (*Lewis Orgel, Paxton Blair* and *Daniel M. Cohen* of counsel) for the City of New York, respondent.

*Franklin M. Tomlin* for Rocklyn Realty Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.